M.J. BOWMAN
J. DLOTT
1:21CV590.

| Plaintiff(s): MOORISH AMERICAN NATIONAL "ET AL" | Case Number: CRA2001523A |
| --- | --- |
| VS | related case(s): CRA2100871 CRA2100872 |
| Defendant(s): UNITED STATES POSTAL SERVICE "ET AL" 1515 ALEX BELL ROAD Wilmington, Ohio 45177 | Date(s): 08/20/2021 10:00-10:35 |

FILED RICHARD W. NAGEL CLERK OF COURT U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI 21 SEP 13 PM 2:17

— Complaint —

On 08/20/2021 around 10:00 A.M I: JHonali Ono Eye El-Bey; MOORISH AMERICAN NATIONAL; Federal Agency Account Holder: CORPORATE ACCOUNT OWNER, visited the above United States POSTAL SERVICE OFFICE for the purpose of retrieving Any Mail delivered to the P.O. Box 846: Owned by: Moorish AMERICAN NATIONAL(s) and controlled the same; whereas no unexceptable forms of IDENTIFICATION are or were used (Exihibit(s) C) to open such Federal Postal Account; such as Birth Certificate(s) or Social Security Card(s); On this day above written as Date(s) a request for "proof of Address" was requested, whereas the clerk yelled the name "Bill" and minutes later "Bill" approached the desk to Address the request and stated "WE DO NOT GIVE OUT ANY PROOF OF ADDRESS" and stated "if you have A piece of MAIL from that P.O. BOX WE CAN PROVIDE PROOF IN THIS MANNER"

Whereof; on that day /a/ piece of mail was delivered from the Child Support Enforcement Agency bearing /A/ NAME which is similar to or is AN unecceptable Form of MISIDENTIFICATION, whereas: Birth Certificate or Social Security Card enfringement/Defraud and fruilous conveyance of the grammer exist without any consent or contract(s) or agreement between any Member(s) lawfully existing in unisense.

Therefore, I suspected that this "Bill"; POSTMASTER at 1515 ALEX BELL ROAD, Wilmington, Ohio 45177 is against 1865; for that purpose I exited the Doppleganger postal Service and in Red Ink WROTE upon the "piece of mail" RETURN TO SENDER; 'NO NEGRO, COLOURED, BLACK AFRICAN AMERICAN exist at this Address and such reference is considered to be Against Rights, benefits, Privileges, Immunities Treaties, Constitutions, Laws of the Land' and 25 U.S.C §1911 whereas, INDIAN TRIBES have exclusive Rights to Their Indian Youth.

After writting upon the "piece of mail" and exiting the parking lot of 1515 Alex Bell Road, Wilmington, Ohio 45177-1865; I: Htonali One Eye El-Bey; Traveled on Romback to Speedway and got a coffee for my paralyzed Tribal Member and Self. I: called My Member while preparing the coffee as he was "getting His program done" and We decided to wait 20-30 mindes before delivering the requested coffee which is an usual/regular request of him unto me. Htonali One Eye El-Bey.

After purchasing the coffee and obtaining $10.00 ten dollars in gas I then left speedway turning Right on Locust then left on Grant Street the light at Main Street was green so I continued up Grant and across the Rail Road tracks in the private Conveyance registered to the: MOORISH AMERICAN NATIONAL (Indian Tribal Government and liscence plates the same MATD: 1829 as I approached Truesdell a WILMINGTON POLICE DEPARTMENT VEHICLE was sitting at the stop sign of Truesdale and Grant Street with (2) Two officers in it. The POLICE CRUISER which was sitting at the stop sign - not moving - as I went threw the Green light at Main Street and Grant and did not move until I passed it at the stop sign on truesdale and Grant Street. Only then did the Police Cruiser turn Right onto Grant Street.

At this time and Noticing the unsafe conditions I: HlonAli one EYE El-Bey continued to do my regular visitations to my Members whereas putting my blinker on and pulling over at a members home while my paralyzed Member continued to recieve his "program" and Awaited his usual cup of coffee.

The Police Cruiser continued up Grant Street towards MLK bLVD as I approach the door to my Members home whereas I had forgotten my key to the door which is not attached to the "Private Conveyance" Non Commercial key chain which remain in the ignition, and Misnamed as being "Suspicious Activity" later on.

As I turn around realizing that my member

may not be home; the quite morning sound was erupted with High EnGiNe SOUNDS from (3) Three: WILMINGTON POLICE CRUISERS and ELLIOTT SYLVESTER;/AN/ African American PATROLMAN approached Me: Jttonali One Eye El-Bey; American Indian and North African direct blood lineage and stated "JTTON you have A warrant" (EXHIBIT W) I stated "I do not believe that to be true, do you have the WARRANT properly signed and positivily Identifying me: Jttonali One Eye El-Bey"

PATROL: OFFICER: SYLVESTER and NEIL REGAN had placed BLACK rubber gloves over their hands incinuated that they intended to use force." I stated, "I do not have any warrants and will follow you to the court house to address this"

This Sylvester closed the space between me and Regan and stated "WE HAVE A WARRANT for (JTTON)" placing cuffs on me: Jttonali One Eye El-Bey and against my free will and proper Identification placed me the Natural person inside the CRUISER:

Thence: Sylvester: Regan: And Ride Along exited the PATROL CAR and commenced to unlawfully search and sieze the "private Conveyance" Non Commercial Motor Vehicle. During this UNLAWFUL, SEARCH, SEIZE, WARRANT: ELLIOT SYLVESTER: NEIL REGAN: RIDEALONG commendered

evidence: real or personal property after removing W WALLET from such property without STANDINGS of the LAW or any good cause shown for that purpose including all the facts presented

herein and in consideration of the circumstances I, We are lead to believe that this "Bill; Postmaster at 1515 ALEX BELL ROAD, Wilmington, Ohio 45177, Height: 5'11-6.0' Weight 160-180 Eyes: Brown Sex: M Race: Caucasion: was or did initiate this Occurence in A Conspiracy Against Rights and Against the International Mailing Manual Forms of Identification Rules: Regulations: etc: etc.

Therefore, herein is /A/ formal complaint and Civil/ Criminal allegation including attached: WARRANT to produce: Documents: Records: Phone Records: Caller I.D.: Pager Records: etc: etc for the date(s) of 08/20/2021 A.D.

### CERTIFICATE OF AUTHENTICATION

I: Honali: One Eye El-Bey; being double solemly and sincerely affirms that the evidence and testimony presented herein in true, correct, and to the best of my knowledge in the name of the Almighty Father Allah.

By: Bey. Honali-El
Chief Presiding: Supreme Advisor